☑ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

2:01 pm, May 24 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**　*

　v.　*　Case No. 1:24-MJ-01211-1-ABA

**MINH PHUONG VONG**　*

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 16th day of May, 2024, that Julie Reamy is hereby appointed to represent the individual.

/s/
_____

Adam Abelson
UNITED STATES MAGISTRATE JUDGE

1