# UNITED STATES DISTRICT COURT
для the
District of Maryland

USDC- BALTIMORE
'24 MAY 24 PM3:46

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:31 pm, May 28 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:24-mj-01211-ABA |
| | ) | |
| | ) | |
| Minh Phuong Vong | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Minh Phuong Vong,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1349 (Conspiracy to Commit Wire Fraud)

Date: 5/15/2024

_____
Issuing officer's signature

City and state: Baltimore, Maryland

Adam B. Abelson, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 15 May 2024, and the person was arrested on (date) 16 May 2024
at (city and state) Lanham, MD.

Date: 16 May 2024

_____
Arresting officer's signature

SA Kyle Richardson
Printed name and title

HD

Rcv'd by: AR